# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **PATRICK SMITH, #02510715** | § | |
| | § | |
| **v.** | § | **NO. 4:25-CV-01214-BD** |
| | § | |
| **KALEB ATKINS** | § | |

## MEMORANDUM OPINION AND ORDER

Proceeding pro se, Patrick Smith filed a civil-rights action under 42 U.S.C. § 1983. The action was assigned to me, Dkt. 3, and Smith consented to my conducting all proceedings, Dkt. 4.

On April 14, 2026, the court ordered Smith, within 30 days of receipt of the order, to pay an initial partial filing fee of $6.37. Dkt. 5. That order was returned to the court with a notation from prison officials at TDCJ's Choice Moore Unit indicating that Smith had been transferred to TDCJ's Michael Unit. Dkt. 6. On April 22, 2026, the clerk of court sent Smith a copy of the order, Dkt. 5, at the Michael Unit address. Dkt. 6. He failed to comply with that order and, as such, has failed to prosecute his case.

The exercise of the power to dismiss for failure to prosecute is committed to the sound discretion of the court; appellate review is only for abuse of that discretion. *Green v. Forney Eng'g Co.*, 589 F.2d 243, 247 (5th Cir. 1979); *Lopez v. Aransas Cnty. ISD*, 570 F.2d 541, 544 (5th Cir. 1978). Not only may a district court dismiss for want of prosecution upon motion of a defendant, but it may also dismiss an action sua sponte when necessary to achieve the orderly and expeditious disposition of a case. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–31 (1962); *Anthony v. Marion Cnty. Gen. Hosp.*, 617 F.2d 1164, 1167 (5th Cir. 1980). A district court may dismiss an action for failure of a litigant to prosecute or to comply with any order of the court. *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988); Fed. R. Civ. P. 41(b). In this case, Smith has failed to comply with the court's order. Therefore, the case will be dismissed for failure to prosecute.

It is **ORDERED** that the case is dismissed without prejudice.

So **ORDERED** and **SIGNED** this 8th day of June, 2026.

_____
Bill Davis
United States Magistrate Judge